UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-20494-UU

WINDY LUCIUS,

    Plaintiff,

v.

TEXAS ROADHOUSE, INC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-referenced case. The parties are working on preparing a settlement agreement. Accordingly, the parties request 30 days to submit settlement paperwork. The parties request that all other deadlines be cancelled or stayed while the settlement documents are finalized.

Dated: February 21, 2020

    Respectfully submitted,

/s/ Edwin Cruz
E-mail: mendy.halberstam@jacksonlewis.com
Florida Bar No. 68999
Edwin Cruz, Esq.
E-mail: edwin.cruz@jacksonlewis.com
Florida Bar No. 55579
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
*Attorneys for Defendant*

CASE NO.: 1:20-CV-20494-UU

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Edwin Cruz
Edwin Cruz, Esq.

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Windy Lucius v. Texas Roadhouse, Inc.*
**CASE NO.: 1:20-CV-20494-UU**

| | |
|---|---|
| J. Courtney Cunningham, Esq. (628166) | Mendy Halberstam, Esq. |
| E-mail: *cc@cunninghampllc.com* | E-mail: *mendy.halberstam@jacksonlewis.com* |
| J. COURTNEY CUNNINGHAM, PLLC | Florida Bar No. 68999 |
| 8950 SW 74th Court, Suite 2201 | Edwin Cruz, Esq. |
| Miami, FL 33156 | E-mail: *edwin.cruz@jacksonlewis.com* |
| Telephone: (305) 351-2014 | Florida Bar No. 55579 |
| | JACKSON LEWIS P.C. |
| *Attorneys for Plaintiff* | One Biscayne Tower, Suite 3500 |
| | Two South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |
| | |
| | *Attorneys for Defendant* |