**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-CV-20494-UU**

WINDY LUCIUS,

  Plaintiff,

v.

TEXAS ROADHOUSE, INC.,
,

  Defendant.
_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

  Plaintiff WINDY LUCIUS, and Defendant TEXAS ROADHOUSE, INC. (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that all claims be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements except as agreed upon by the Parties.

By: ____s/ J. Courtney Cunningham   By: ____s/Mendy Halberstam
J. Courtney Cunningham, Esq.       Mendy Halberstam, Esq.
Fla. Bar No. 628166           Florida Bar No. 68999
E-mail: cc@cunninghampllc.com      E-mail: Mendy.halberstam@jacksonlewis.com
8950 SW 74th Court, Suite 2201       JACKSON LEWIS, P.C.
Miami, FL 33156            One Biscayne Tower, Suite 3500
Telephone: (305) 351-2014        Two South Biscayne Boulevard
*Counsel for Plaintiff*           Miami, Florida 33131-2374
                  Telephone: (305) 577-7600
                  Facsimile: (305) 373-4466
                  *Counsel for Defendant*

CASE NO.: 1:20-CV-20494-UU

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Mendy Halberstam
Mendy Halberstam, Esq.

## SERVICE LIST
### United States District Court for the Southern District of Florida
*Windy Lucius v. Texas Roadhouse, Inc.*
**Case No. 1:20-CV-20494-UU**

| | |
|---|---|
| J. Courtney Cunningham, Esq. | Mendy Halberstam, Esq. |
| Fla. Bar No. 628166 | Florida Bar No. 68999 |
| E-mail: cc@cunninghampllc.com | E-mail: mendy.halberstam@jacksonlewis.com |
| 8950 SW 74th Court, Suite 2201 | JACKSON LEWIS P.C. |
| Miami, FL 33156 | One Biscayne Tower, Suite 3500 |
| Telephone: (305) 351-2014 | 2 South Biscayne Boulevard |
| *Counsel for Plaintiff* | Miami, FL 33131 |
| | Telephone: 305-577-7600 |
| | Facsimile:  305-373-4466 |
| | |
| | *Attorneys for Defendant* |

4837-9860-8053, v. 1